

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number: 01-21-00051-CR

Trial Court Cause
Number: 16-CCR-190942

Style: Rodolfo Rico v. The State of Texas

Date motion filed[*]: August 9, 2022

Type of motion: Motion for Rehearing

Party filing motion:

Document to be filed:

Is appeal accelerated? ☐ YES ☐ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
    ☐ Acting individually   ☒ Acting for the Court

Panel consists of   Chief Justice Radack and Justices Goodman and Hightower.

Date: August 23, 2022